

IT IS SO ORDERED
Judge Edward J. Davila

The Clerk shall close this file.
11/4/2015

1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Cecil Shaw

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | ) No. 5:14-cv-05564-EJD |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | ) |
| KIM CHHUN UNG dba FOSTERS FREEZE, et al., | ) |
| Defendants. | ) |

1    IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Kim Chhun Ung dba Fosters Freeze; Huylang Ung dba Fosters Freeze; Daniel Yong Taing; and Linda Heng, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: November 4, 2015                MOORE LAW FIRM, P.C.


                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Cecil Shaw

Dated: November 4, 2015                Law Offices of Leonard Cravens


                                       /s/ Leonard J. Cravens
                                       Leonard J. Cravens
                                       Attorney for Defendants,
                                       Kim Chhun Ung dba Fosters Freeze;
                                       Huylang Ung dba Fosters Freeze;
                                       Daniel Yong Taing; and Linda Heng